UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IAN GABRIEL and SHARON MANIER, on behalf of themselves and others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>GENERAL MILLS, INC., GENERAL MILLS SALES, INC., and GENERAL MILLS OPERATIONS, LLC,<br><br>Defendants. | Case No. 2:19-cv-08339-PSG-GJS<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED, pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), by and between Plaintiffs Ian Gabriel and Sharon Manier and Defendants General Mills, Inc., General Mills Sales, Inc., and General Mills Operations, Inc., by and through their respective counsel of record, that the entire above-captioned action, along with any and all claims asserted therein, are dismissed with prejudice. Each party shall bear its own attorneys' fees and expenses.

IT IS SO STIPULATED AND AGREED.

DATED: January 23, 2020

| | |
|---|---|
| */s/ C.K. Lee* | */s/ David Biderman* |
| C.K. Lee, Esq. | David Biderman, Esq. |
| | |
| LEE LITIGATION GROUP, PLLC | PERKINS COIE LLP |
| 148 W. 24th Street, Eighth Floor | 1888 Century Park East Suite 1700 |
| New York, NY 10011 | Los Angeles, CA 90067 |
| Tel: (212) 465-1188 | Tel: (310) 788-9900 |
| | |
| *Attorney for Plaintiffs* | *Attorney for Defendants* |

**ECF ATTESTATION**

In accordance with Local Rule 5-4.3.4(a)(2), I, C.K. Lee, attest that I have obtained concurrence in the filing of this document from the other signatory listed here.